

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00048-CR

Antonio **NUNEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3502
The Honorable Laura Lee Parker, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is PERMANENTLY ABATED.

SIGNED June 19, 2019.

Luz Elena D. Chapa, Justice